02-10-2025

To: the Honorable Claria Horn Boom Judge

Your honor, first and foremost I would like to offer my sincere apology to all the victims and their family that has been impacted and hurt financially and emotionally in the scam that I was part of. I deeply regret to have been involved in such scam defrauding elderly people. When I look back now its sicked me to my stomach thinking the victims are the age of my parents. I would be very frustrated and angry if my parents would have went thru what the victims has been thru. Obviously at that moment my mind was fueled by greed and I was short cutting my way a new stream of income. Unfortunately I can't go back and undo what I've done. But without hesitation I've commit myself to the prosecutor to help the prosecution of others that was involved in the crime. As well to supply any informations to the law agencies that might help them to fight this crime.

In a second part, I would like to extend my apology to my family, wife and my beautiful two childrens Bruno and Lian 3 and 4 years old. It's been approximatly 2 years that I am incarcerated between Colombia and the U.S, 2 years that I am abscent in my children life. That's so far its been the hardest thing I've thru in my life, missing them seing growing, I would never have the opportunity to have that time back with them cause of my wrong decisions that I've made and my greed that I had few years back.

I could assure you that I am looking forward to be back in their life and be the best father that I can be and to transmit them the best value and education.

Your honor, I was arrested the 27th febrary 2023 in Bogota by Interpol on a red notice from my current Indictement. I've been about 17 months in Colombian prison waiting for my extradition to the U.S. During those 17 months I've endure some hard conditions. My first month I spent at the police station Los Martires in Bogota. They barely feed us just enough to survive and I lost aroud 18 pounds that month alone. For about 10 days we were not able to use the phone at all also the shower was Ice cold at all time. After that month I was transfer to the main prison in Bogota name La Picota. When I arrived at La Picota I was in campound mix with aroud 130 inmates awaiting be extradited to the U.S. Amongs them was the most powerful, fear, drug lord gang member and Narco terrorist in Colombia very few foreighner was there. The inmate fully control the prison from inside, the guard simply make sure nobody escape other than that guard work for the powerful Drad lord. AT the beggining I was ~~with~~ face with death threat from some inmate cause of the way I look and I was a foreighner they thought I was a DEA agent under cover. I had never experiment that type of situation before in my life due to that I delay for sometime my family to visit me cause I was affraid for them as well. During those 17 months the running water was cut several occasions lasting between 3 to 7 days without water.

Due to that I suffer severe diarrhea and I was sick for sometimes. The amout of food that was given to us was quite limited again the kitchen was control by the inmate and they were charging a lot money for a little extra food. Overall that prison its very corupted anything I will need they will charge an exorbitant amout of money for it example (bottle water, extra food or even to receive visit of my family. The things there is no authority that I can have complain about this if not I may have had bigger problem with the inmate that run the prison. My only resource that I had was God and hoping for the best until my extradition.

Your honor, those last 2 years, goes without saying, had humble me a lot and had me re value many things in my life as a father, husband, son and human being. I definitely got closer to God I've read many spiritual book and bible something that I never have done before in my life. I am looking forward to be free again and start a new life to be better person in general, helping other people specialy elderly people and do good deed.

Your honor, whatever will be your decision on my final sentence I will understand and fully accept it.

Sincerely,
Philippe Gravel-Nodon

