À Mme la Juge Claria Horn Boom

Bonjour Mme,

Nous avons été invités à parler de notre fils, Philippe Gravel-Nadon.

Philippe a vécu une belle enfance…aimait rire et faire rire, passer du bon temps avec sa grande sœur,s'amuser avec ses amis à la garderie et aller voir ses grands-parents à la campagne. Il avait une grande curiosité intellectuelle et un esprit vif.

À la fin du primaire, Philippe est devenu cadet de l'armée canadienne dans ses temps libres pendant 2 années d'effort et d'implication.

Au cours de ses années à l'école secondaire, il a commencé à livrer des journaux…ce qui lui a permis de goûter à une certaine indépendance financière et de s'épanouir davantage. À 16 ans, il s'est d'ailleurs engagé dans la Marine de réserve canadienne. Il s'ensuivit 7 années d'apprentissage de vie militaire et une grande maîtrise de la langue anglaise.

Après son passage dans la Marine, Philippe souhaitait devenir travailleur autonome et voyager ( Europe et Amérique Latine). Fort de sa formation militaire, il pouvait compter sur la connaissance de 3 langues parlées et ainsi avoir accès à des cultures différentes.

Au cours d'un voyage en Colombie, il connut une jeune femme qui devint sa conjointe. Philippe s'est établi dans ce pays qu'il aime particulièrement et vit une belle histoire d'amour avec Asly et leurs 2 enfants, Lian ( 7 ans ) et Bruno ( 3 ans).

Philippe était comblé avec sa famille, jusqu'aux événements que vous connaissez  soit survenus…malheureusement, depuis 2 ans, sa famille est privée de sa présence.

Philippe a reconnu ses torts…parfois bien intentionné, la vie bouscule nos projets. Le comportement de notre fils fut d'accepter la situation et continuer d'être positif. Nous encourageons grandement cette attitude.

Nous avons éduqué nos enfants avec des valeurs telles que le respect, l'entraide, la solidarité et la recherche du devoir accompli.

En ce qui concerne Philippe, nous croyons qu'il sera beaucoup plus utile à la société en retrouvant sa famille et une vie normale.

Merci beaucoup d'avoir pris le temps de nous lire!

Ses parents,
Lisette Gravel
Serge Nadon
Québec, Canada

[Translate using GOOGLE TRANSLATE]

To Madam Justice Claria Horn Boom

Hello Madam,

We have been invited to speak about our son, Philippe Gravel-Nadon.

Philippe had a wonderful childhood... he loved laughing and making others laugh, spending quality time with his older sister, having fun with his friends at daycare, and visiting his grandparents in the countryside. He had a keen intellectual curiosity and a lively mind.

After finishing elementary school, Philippe became a Canadian Army Cadet in his spare time for two years of hard work and dedication.

During his high school years, he began delivering newspapers... which allowed him to experience a certain financial independence and further develop his skills. At 16, he joined the Canadian Navy Reserve. This led to seven years of learning about military life and a strong command of the English language.

After his time in the Navy, Philippe wanted to become self-employed and travel (Europe and Latin America). With his military training, he was able to count on knowing three spoken languages and thus gain access to different cultures.

During a trip to Colombia, he met a young woman who became his partner. Philippe settled in this country, which he particularly loves, and is enjoying a beautiful love story with Asly and their two children, Lian (7 years old) and Bruno (3 years old).

Philippe was happy with his family until the events you are aware of occurred…unfortunately, for the past two years, his family has been deprived of his presence.

Philippe has acknowledged his wrongdoings…sometimes well-intentioned, life disrupts our plans. Our son's behavior has been to accept the situation and continue to be positive. We greatly encourage this attitude.

We have raised our children with values such as respect, mutual support, solidarity, and the pursuit of a duty accomplished.

As for Philippe, we believe he will be much more useful to society if he returns to his family and leads a normal life. Thank you so much for taking the time to read this!

Her parents,

Lisette Gravel
Serge Nadon
Quebec, Canada